### 315.   PYLANT *v.* WEBB.

HILL, C. J.   1. A rented to B certain land for $40, upon which to make a crop. After planting his crop B was taken sick. C paid B $25 for his crop and agreed to pay A the $40 rent. A consented to the substitution and accepted C as his tenant. *Held*, that the agreement of C to pay A the $40 rent is an original undertaking, and is not required to be in writing, under the statute of frauds. *Cuesta* v. *Goldsmith*, 1 *Ga. App.* 48; *Evans* v. *Griffin*, Id. 327, 57 S. E. 983, 921.

2. The evidence in this case demanding the verdict rendered in the justice court, the judgment of the superior court on certiorari, granting a new trial, was erroneous.                    *Judgment reversed.*

Certiorari, from Gwinnett superior court—Judge Brand.   September 6, 1906.

Submitted May 6,—Decided June 20, 1907.

*F. F. Juhan, M. D. Irwin,* for plaintiff.

*N. L. Hutchins, Jr.,* for defendant.